| | | | |
|---|---|---|---|
| Com. v. Montanez .. | 10/29/2015194 EAL (2015) | Denied | Pa.Super., 120 A.3d 1050 |
| Com. v. Moore ..... | 11/17/2015236 WAL (2015) | Denied | Pa.Super., 122 A.3d 452 |
| Com. v. Motter ..... | 11/02/2015205 MAL (2015) | Denied | Pa.Super., 120 A.3d 387 |
| Com. v. Oakman ... | 10/26/2015586 MAL (2015) | Denied | Pa.Super., 122 A.3d 1145 |
| Com. v. Olivo-Noble | 10/29/2015234 MAL (2015) | Denied | Pa.Super., 116 A.3d 695 |
| Com. v. Olmeda .... | 10/29/2015221 MAL (2015) | Denied | Pa.Super., 120 A.3d 390 |
| Com. v. Pappas..... | 10/26/2015299 MAL (2015) | Denied | Pa.Super., 121 A.3d 1118 |
| Com. v. Piccolo .... | 12/01/2015534 EAL (2015) | Denied | Pa.Super., 122 A.3d 1123 |
| Com. v. Phu T Chim | 11/16/2015449 EAL (2015) | Denied | Pa.Super., 122 A.3d 1140 |
| Com. v. Quach ..... | 10/23/2015248 EAL (2015) | Denied | Pa.Super., 118 A.3d 455 |
| Com. v. Ramos ..... | 10/27/2015442 MAL (2015) | Denied | Pa.Super., 122 A.3d 441 |
| Com. v. Reese ...... | 11/16/2015497 EAL (2015) | Denied | Pa.Super., 122 A.3d 1124 |
| Com. v. Reyes-Guitierrez ............ | 10/29/2015153 EAL (2015) | Denied | Pa.Super., 120 A.3d 1055 |
| Com. v. Ritchey .... | 12/01/2015294 WAL (2015) | Denied | Pa.Super., 122 A.3d 1135 |